UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-9230-WLH (ASx) | Date | October 27, 2025 |
|---|---|---|---|
| Title | Joseph Ortega, by and through his Guardian Ad Litem, Sonia Serafin | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorney Present for Plaintiff: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**    **ORDER TO SHOW CAUSE re Petition for Appointment of Guardian Ad Litem (Dkt. No. 10)**

    Plaintiff is ordered to show cause in writing, no later than November 10, 2025, why Sonia Serafin should not be appointed as guardian ad litem for Plaintiff, in light of Sonia Serafin's failure to include in her declaration, a statement that her appointment will not cause a conflict of interest. The filing of a petition for appointment which addresses this deficiency or the filing of a petition for appointment of another guardian will be a sufficient response to this order to show cause.

    **IT IS SO ORDERED.**